1 | MICHELE BECKWITH
Acting United States Attorney
2 | SHELLEY D. WEGER
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-00133-DJC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE ADMIT/DENY HEARING; PROPOSED ORDER |
| v. | |
| MICAHEL REEVES, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney SHELLEY D. WEGER, and defendant MICHEAL REEVES, through his counsel of record, RONALD PETERS, hereby stipulate that the admit/deny hearing presently scheduled for July 17, 2025, be continued to July 31, 2025, at 9:00 a.m.  The parties stipulate

*Continued on the next page.*

and request this change so that the currently assigned probation officer may be present at the hearing.

IT IS SO STIPULATED.

Dated: June 20, 2025					MICHELE BECKWITH
							Acting United States Attorney

							/s/ SHELLEY D. WEGER
							SHELLEY D. WEGER
							Assistant United States Attorney

Dated: June 20, 2025					/s/ RONALD PETERS
							RONALD PETERS
							Counsel for Defendant
							Michael Reeves

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 24th day of June, 2025.

Dated: June 24, 2025					/s/ Daniel J. Calabretta
							THE HONORABLE DANIEL J. CALABRETTA
							UNITED STATES DISTRICT JUDGE