MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAEL REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,    ) No. 2:24-133 DJC
                Plaintiff,    )
                                  )
                                  ) SUBSTITUTION OF ATTORNEYS
     v.    ) FOR **MICHAEL REEVES**; ORDER
                                  )
MICHAEL REEVES,    )
                Defendants.    )
==================================)

It is respectfully requested that defendant MICHAEL REEVES substitute appointed attorney Michael Long in place of appointed attorney Ronald Peters.

I consent to appointed attorney Michael Long replacing appointed attorney Ronald Peters as my attorney in case 2:24-133 DJC.

Dated:  July 11, 2025

/s/    Michael Reeves
MICHAEL REEVES
[On 7-11-25 I met with Mr. Reeves in the El Dorado County Jail and he gave me permission to sign this substitution of counsel on his behalf.]

I accept the appointment as the new attorney for MICHAEL REEVES in case 2:24-133 DJC.

Dated:  July 11, 2025

/s/    Michael Long
MICHAEL LONG
New Attorney for Mr. MICHAEL REEVES

-1-

1    I consent to attorney Michael Long replacing me as MICHAEL REEVES attorney in case

2    2:24-133 DJC.

3    Dated: July 11, 2024

4

5    /s/_____
     RONALD PETERS

6    [On July 10, 2025, Ronald Peters gave me permission to sign this substitution of counsel on his behalf.]

7

8    IT IS SO ORDERED.

9

10   Dated:  July 14, 2025                    /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
11                                            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28