MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for MICHAEL REEVES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br><br>MICHAEL REEVES,<br>Defendant. | ) No. 2:24-133 DJC<br>)<br>) STIPULATION AND [PROPOSED]<br>) TO CONTINUE<br>) ADMIT/DENY HEARING<br>)<br>) Requested date: 1-7-2027<br>) Time: 9:00 a.m.<br>) Judge: Hon. Daniel J. Calabretta |

=================================

It is hereby stipulated between the parties, Assistant United States Attorney, Shelley D. Weger, counsel of record for plaintiff, and Michael D. Long, attorney for defendant MICHAEL REEVES, that the status conference set for November 12, 2026, at 9:00 a.m. should be continued and re-set for January 7, 2027, at 9:00 a.m.

The parties further agree that this court should make a finding of good cause for the requested extension and that in fact good cause is hereby shown. Mr. Long needs more time to investigate Mr. Reeves's defenses and meet with Mr. Reeves. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The request for extending the date for the status conference is at the specific request of defendant REEVES and with the knowing, intelligent and voluntary waiver of any right he has to a revocation hearing within a reasonable time under the law.

The government does not oppose the request for a continuance. All parties, including probation, are available to appear in this case on January 7, 2027.

Good cause is hereby shown.

Dated: October 30, 2026

Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Michael Reeves

Dated: October 30, 2026

ERIC GRANT
United States Attorney

/s/ Shelley Weger
SHELLEY WEGER
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The date for the admit/deny hearing in this matter is hereby re-set for January 7, 2027, at 9:00 a.m., in Courtroom 7 before District Court Judge Daniel J. Calabretta.

Dated: October 30, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE